ion. Hooker, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Aman Golden and Others, Respondents, v. Gustav A. Schmidt and Aloys Schuck, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Bruno Haack, an Infant, by Laura A. Haack, His Guardian ad Litem, Respondent, v. The Brooklyn Labor Lyceum Association, Appellant, Impleaded with Joseph Heilig and the City of New York.— Order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Laura A. Haack, Respondent, v. The Brooklyn Labor Lyceum Association, Appellant, Impleaded with Joseph Heilig and the City of New York.— Order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

John M. Halsted and George F. Halsted, Respondents, v. Jacob Silberstein and Simon August, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Martin Hornecker, Respondent, v. The Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Huntington Tumbler Company, Respondent, v. Herman Cohen and Israel Cohen, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Kips Bay Brewing and Malting Company, Plaintiff, v. Gaspare Coletti and Filippo Napoli, Defendants. Rosa M. Napoli, Appellant; Thomas Verdon, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Jona Krandall, Respondent, v. Gustav A. Schmidt, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Frank Krevoruck, Respondent, v. The McLaughlin Real Estate Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

Fred C. Lang, Appellant, v. John W. Wheaton, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ , concurred.

Adolph Lange, Appellant, v. Charles F. Figge, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Giovanni Lauricella, Respondent, v. Metropolitan Street Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Charlotte F. Law, Appellant, v. Philip E. Sacken and Eliza A. Sacken, Respondents.— Judgment of the Municipal Court affirmed, with costs. No